**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EARL SMITH, | |
| Plaintiff, | Civil Action No. 12-1917 (FSH) |
| v. | Order for Dismissal |
| | Pursuant to F.R. Civ. P.4(m) |
| NCO FINANCIAL SYSTEMS, INC., et al | |
| Defendant. | |

It appearing that the above captioned action having been pending for more than 120 days, and the Court having noticed the plaintiff for dismissal pursuant to Fed. R. Civ. P. 4(m) because the Complaint had not been served properly within this time, and the plaintiff having failed to provide the necessary proof that he effected service properly upon the defendant, and good cause having not been shown as to why this action should not be dismissed,

It is on this 1st day of March, 2013,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

s/ Faith S. Hochberg
United States District Judge